IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

DANIEL MORAN

    Plaintiff,

v.                                         CASE NO. 3:21-cv-01116

ADIENT US LLC

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

WE THE PARTIES do hereby stipulate that the above-captioned action shall be dismissed with prejudice with each party to bear his or its own costs and fees and further, that the court may enter an Order accordingly.

| | |
|---|---|
| /s/*Taurean J. Shattuck* | /s/ *John B. Lewis* |
| Fred M. Bean (0086756) | John B. Lewis (0013156) |
| Taurean J. Shattuck (0097364) | Lauren T. Stuy (0098853) |
| THE SPITZ LAW FIRM, LLC | BAKER & HOSTETLER, LLP |
| 25825 Science Park Drive, Suite 200 | 127 Public Square, Suite 2000 |
| Beachwood, OH 44122 | Key Tower |
| Tel: 216-291-4744 | Cleveland, OH 44114-1214 |
| Fax: 216-291-5744 | Tel: 816-861-7496 |
| Fred.Bean@spitzlawfirm.com | jlewis@bakerlaw.com |
| Taurean.shattuck@spitzlawfirm.com | lstuy@bakerlaw.com |
| | |
| *Attorneys for Plaintiff* | Benjamin A. McMillan (*Pro Hac Vice Application Forthcoming*) |
| *Daniel Moran* | HUSCH BLACKWELL, LLP |
| | 4801 Main Street, Suite 1000 |
| | Kansas City, MO 64112-2551 |
| | Tel: 816.983.8294 |
| | Fax: 816.983.8080 |
| | Tim.Hilton@huschblackwell.com |
| | Rachel.kim@huschblackwell.com |
| | |
| | *Attorneys for Defendant Adient US, LLC* |

HB: 4832-1863-3979.1

**IT IS SO ORDERED:**

_____
DISTRICT JUDGE JAMES R. KNEPP II

DATED: _____

HB: 4832-1863-3979.1