Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DANIEL MORAN<br><br>    Plaintiff,<br>v.<br><br>ADIENT US LLC<br><br>    Defendant. | CASE NO. 3:21-cv-01116 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

WE THE PARTIES do hereby stipulate that the above-captioned action shall be dismissed with prejudice with each party to bear his or its own costs and fees and further, that the court may enter an Order accordingly.

| | |
|---|---|
| /s/Taurean J. Shattuck<br>Fred M. Bean  (0086756)<br>Taurean J. Shattuck (0097364)<br>THE SPITZ LAW FIRM, LLC<br>25825 Science Park Drive, Suite 200<br>Beachwood, OH 44122<br>Tel: 216-291-4744<br>Fax: 216-291-5744<br>Fred.Bean@spitzlawfirm.com<br>Taurean.shattuck@spitzlawfirm.com<br><br>*Attorneys for Plaintiff*<br><br>*Daniel Moran* | /s/ John B. Lewis<br>John B. Lewis   (0013156)<br>Lauren T. Stuy  (0098853)<br>BAKER & HOSTETLER, LLP<br>127 Public Square, Suite 2000<br>Key Tower<br>Cleveland, OH 44114-1214<br>Tel: 816-861-7496<br>jlewis@bakerlaw.com<br>lstuy@bakerlaw.com<br><br>Benjamin A. McMillan (*Pro Hac Vice Application Forthcoming*)<br>HUSCH BLACKWELL, LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112-2551<br>Tel: 816.983.8294<br>Fax: 816.983.8080<br>Tim.Hilton@huschblackwell.com<br>Rachel.kim@huschblackwell.com<br><br>*Attorneys for Defendant Adient US, LLC* |

1

HB: 4832-1863-3979.1